People v Sosa (2024 NY Slip Op 06533)

People v Sosa

2024 NY Slip Op 06533

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024

PRESENT: LINDLEY, J.P., BANNISTER, OGDEN, DELCONTE, AND HANNAH, JJ. (Filed Dec. 20, 2024.) 

KA 24-00616.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
FELIX SOSA, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
The case is held, the decision is reserved, the motion to relieve counsel of assignment is granted and new counsel is to be assigned. Memorandum: Defendant appeals from a judgment convicting him of assault in the second degree (Penal Law § 120.05 [7]) and sentencing him to a determinate term of imprisonment of five years. Defendant's assigned appellate counsel has moved to be relieved of the assignment pursuant to People v Crawford (71 AD2d 38 [4th Dept 1979]). Upon a review of the record we conclude that a nonfrivolous issue exists as to whether defendant entered a guilty plea (cf. People v Keitz, 99 AD3d 1254, 1255 [4th Dept 2012], lv denied 20 NY3d 1012 [2013], cert denied 571 US 993 [2013]). Therefore, we relieve counsel of his assignment and assign new counsel to brief this issue, as well as any other issues that counsel's review of the record may disclose. (Appeal from Judgment of Wyoming County Court, Melissa L. Cianfrini, A.J. - Assault, 2nd Degree).